**Robert SOLOMON, Petitioner,**

v.

**OFFICE OF COMPLIANCE, Respondent,**

and

**Office of the Architect of the Capitol, Respondent.**

No. 05–6001.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2006.

Before LOURIE, RADER, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**MURPHY LAW FIRM, Appellant,**

v.

**MICHLES & BOOTH, P.A., Appellee.**

No. 05–1439, 91/159, 91/613.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2006.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.